UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-01307-JWH-PD | Date | March 24, 2026 |
|---|---|---|---|
| Title | *Luis Armando Guzman Velasco v. Shannon Dicus, et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    ORDER DENYING WITHOUT PREJUDICE PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [ECF No. 2]**

Before the Court is the *ex parte* Application of Petitioner Luis Armando Guzman Velasco for a Temporary Restraining Order ("TRO") against Respondents Shannon Dicus, David Marin, Kristi Noem, Pam Bondi, Executive Office for Immigration Review, U.S. Department of Homeland Security, and San Bernardino County Sheriff's Department.[1]  The Court concludes that this matter is appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.

When a party makes a motion in a civil case, in addition to a notice of motion, L.R. 7-5 requires a moving party to file "[a] brief but complete memorandum in support thereof and the points and authorities upon which the moving party will rely."  Here, Guzman Velasco's Application does not contain a memorandum in support.

---

[1]     Pl.-Pet.'s Mot. for TRO (the "Application") [ECF No. 2].

**CIVIL MINUTES— GENERAL**    Initials of Deputy Clerk cla

In view of Guzman Velasco's failure to follow L.R. 7-5, the Court **DENIES** the Application **without prejudice**.

For those reasons, the Court hereby **ORDERS** that Guzman Velasco's instant Application [ECF No. 2] is **DENIED without prejudice**.

**IT IS SO ORDERED.**